Brian Selden (State Bar No. 261828)
bgselden@jonesday.com
Rowan Mason (State Bar No. 259586)
rmason@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:   415-626-3939
Facsimile:    415-875-5700

Attorneys for Defendant
Dignity Health


David J. Millstein (State Bar No. 87878)
dmillstein@millstein-law.com
Gerald S. Richelson (State Bar No. 267705)
grichelson@millstein-law.com
MILLSTEIN & ASSOCIATES
100 The Embarcadero, Suite 200
San Francisco, CA 94105
Telephone: (415) 348-0348
Facsimile:  (415) 348-0336

Attorneys for Plaintiff:
SimonMed Imaging, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SIMONMED IMAGING, INC., an ARIZONA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DIGNITY HEALTH, a DOMESTIC NONPROFIT CALIFORNIA CORPORATION, Does 1 through 10,<br><br>Defendant. | **CASE NO.:  17-cv-02907-JST**<br><br>**JOINT STIPULATION AND PROPOSED ORDER RE SCHEDULING OF MOTIONS IN RESPONSE TO AMENDED PLEADINGS** |

Plaintiff SimonMed Imaging, Inc. ("SimonMed") and Defendant Dignity Health ("Dignity") (collectively "the Parties") hereby jointly request and stipulate as follows:

WHEREAS the Parties agreed to the filing of amended pleadings with a reservation of rights to challenge the others' allegations;

WHEREAS Dignity participated in a teleconference with the Court on November 27, 2017 in which the Court encouraged Dignity to meet and confer with SimonMed to agree on an appropriate schedule for briefing any motions regarding the proposed amended pleadings of both parties ("the Motion(s)");

WHEREAS the Parties have now met and conferred regarding an appropriate schedule for the Motion(s);

WHEREAS the Parties also agreed that responding to any of the amended pleadings would be inefficient and premature until the Court rules on the Motion(s) and any further amended pleadings are filed.

Based on the foregoing, the Parties hereby stipulate to the following briefing schedule and proposed hearing date for the Motion(s):

| Event | Date |
|---|---|
| Deadline to file the proposed amended pleadings previously filed as exhibits to ECF Nos. 24 and 27 | December 28, 2017 |
| Deadline to either file Motion(s) or, in the alternative, file a responsive pleading | January 17, 2018 |
| Deadline to file oppositions to Motion(s) | January 31, 2018 |
| Deadline to file replies to Motions(s) | February 7, 2018 |
| Hearing on Motions | March 1, 2018 at 2 p.m. Courtroom 9, 19th Floor |
| Deadline to file any further amended pleadings (if Motion(s) granted in whole or part) | Within 14 days of notice of the Court's order on the Motion(s) |

| | |
|---|---|
| Deadline to respond to further amended pleadings | Within 14 days of the filing of further amended pleadings, unless amended pleadings are not required, in which case response(s) are due within 14 days of the Court's order on the Motion(s) |

Dated: December 7, 2017

MILLSTEIN & ASSOCIATES

By: /s/ Gerald Richelson
    David Millstein
    Gerald Richelson

Attorneys for Plaintiff
SIMONMED IMAGING, INC.


Dated: December 7, 2017

JONES DAY


By: /s/ Rowan Mason
    Brian Selden
    Rowan Mason

Attorneys for Defendant
DIGNITY HEALTH

**FILER'S ATTESTATION**

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: December 7, 2017          JONES DAY

By: /s/ Rowan Mason
    Brian Selden
    Rowan Mason

Attorneys for
DIGNITY HEALTH

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 11, 2017

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE