Brian Selden (State Bar No. 261828)
bgselden@jonesday.com
Rowan Mason (State Bar No. 259586)
rmason@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:    415-626-3939
Facsimile:    415-875-5700

Attorneys for Defendant
Dignity Health


David J. Millstein (State Bar No. 87878)
dmillstein@millstein-law.com
Gerald S. Richelson (State Bar No. 267705)
grichelson@millstein-law.com
MILLSTEIN & ASSOCIATES
100 The Embarcadero, Suite 200
San Francisco, CA 94105
Telephone: (415) 348-0348
Facsimile:  (415) 348-0336

Attorneys for Plaintiff:
SimonMed Imaging, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SIMONMED IMAGING, INC., an ARIZONA CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>DIGNITY HEALTH, a DOMESTIC NONPROFIT CALIFORNIA CORPORATION, Does 1 through 10,<br><br>    Defendant. | **CASE NO.:  17-cv-02907-JST**<br><br>**JOINT STIPULATION AND PROPOSED ORDER RE POSTPONING CERTAIN SCHEDULE DATES PENDING SETTLEMENT AGREEMENT** |

Plaintiff SimonMed Imaging, Inc. ("SimonMed") and Defendant Dignity Health ("Dignity") (collectively "the Parties") hereby jointly request and stipulate as follows:

WHEREAS the Parties filed a Joint Stipulation and Proposed Order re Schedule on December 7, 2017 setting out dates for motions on the pleadings;

WHEREAS the Court signed the Proposed Order re Schedule on December 11, 2017;

WHEREAS the Court postponed the next Further Case Management Conference until March 1, 2018 at 2pm;

WHEREAS the Parties have now reached an agreement in principle on framework for settlement, including price for transfer of ownership, and are currently attempting to draft final settlement terms;

WHEREAS the Parties seek to avoid any unnecessary litigation costs including the filing of motions and new pleadings by postponing all impending deadlines by approximately five weeks while the Parties finalize a settlement agreement.

Based on the foregoing, the Parties hereby stipulate to the following modified briefing schedule and proposed hearing date for the Motion(s):

| Event | Date |
| --- | --- |
| Deadline to either file Motion(s) or, in the alternative, file a responsive pleading | February 22, 2018 |
| Deadline to file oppositions to Motion(s) | March 8, 2018 |
| Deadline to file replies to Motions(s) | March 15, 2018 |
| Hearing on Motions | April 5, 2018 at 2 p.m. Courtroom 9, 19th Floor |
| Deadline to file any further amended pleadings (if Motion(s) granted in whole or part) | Within 14 days of notice of the Court's order on the Motion(s) |
| Deadline to respond to further amended pleadings | Within 14 days of the filing of further amended pleadings, unless amended pleadings are not required, in which case response(s) are due within 14 days of the Court's order on the Motion(s) |

- 1 -

JOINT STIPULATION AND ~~PROPOSED~~ ORDER POSTPONING SCHEDULE DATES
Case No.: 17-cv-02907-JST

| | |
|---|---|
| Dated: January 16, 2018 | MILLSTEIN & ASSOCIATES |
| | By: /s/ Gerald Richelson |
| | David Millstein |
| | Gerald Richelson |
| | |
| | Attorneys for Plaintiff |
| | SIMONMED IMAGING, INC. |
| | |
| | JONES DAY |
| Dated: January 16, 2018 | |
| | By: /s/ Rowan Mason |
| | Brian Selden |
| | Rowan Mason |
| | |
| | Attorneys for Defendant |
| | DIGNITY HEALTH |

**FILER'S ATTESTATION**

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: January 16, 2018

JONES DAY

By: /s/ Rowan Mason
Brian Selden
Rowan Mason

Attorneys for
DIGNITY HEALTH

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 17, 2018

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE