Brian Selden (State Bar No. 261828)
bgselden@jonesday.com
Rowan Mason (State Bar No. 259586)
rmason@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:    415-626-3939
Facsimile:    415-875-5700

Attorneys for Defendant
Dignity Health


David J. Millstein (State Bar No. 87878)
dmillstein@millstein-law.com
Gerald S. Richelson (State Bar No. 267705)
grichelson@millstein-law.com
MILLSTEIN & ASSOCIATES
100 The Embarcadero, Suite 200
San Francisco, CA 94105
Telephone: (415) 348-0348
Facsimile:  (415) 348-0336

Attorneys for Plaintiff:
SimonMed Imaging, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SIMONMED IMAGING, INC., an ARIZONA CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DIGNITY HEALTH, a DOMESTIC NONPROFIT CALIFORNIA CORPORATION, Does 1 through 10,<br><br>　　　　　　　Defendant. | **CASE NO.:  17-cv-02907-JST**<br><br>**JOINT STIPULATION AND ~~PROPOSED~~ ORDER RE POSTPONING CASE DEADLINES PENDING SETTLEMENT AGREEMENT** |

| | |
|---|---|
| 1 | Plaintiff SimonMed Imaging, Inc. ("SimonMed") and Defendant Dignity Health |
| 2 | ("Dignity") (collectively "the Parties") hereby jointly request and stipulate as follows: |
| 3 | WHEREAS the Court issued a Scheduling Order on September 13, 2017 containing |
| 4 | discovery, pre-trial, and trial deadlines and dates ("Scheduling Order"); |
| 5 | WHEREAS the Parties filed a Joint Stipulation and Proposed Order re Schedule on |
| 6 | January 16, 2018 postponing dates for motions on the pleadings ("Motion(s)"); |
| 7 | WHEREAS the Court signed the Proposed Order re Schedule on January 17, 2018 |
| 8 | ("Motions Schedule"); |
| 9 | WHEREAS the Parties continue to work towards resolution of the case and have signed a |
| 10 | Letter of Intent on the framework for settlement; |
| 11 | WHEREAS the Parties have exchanged versions of a draft settlement agreement and are |
| 12 | currently attempting to finalize the settlement agreement; |
| 13 | WHEREAS the Parties seek to avoid additional and unnecessary litigation costs including |
| 14 | the filing of motions and new pleadings by further postponing all impending deadlines by |
| 15 | approximately sixty days while the Parties finalize a settlement agreement; |
| 16 | WHEREAS under the signed Letter of Intent the interests will transfer and the case will |
| 17 | effectively be resolved prior to the next proposed case deadline. |
| 18 | Based on the foregoing, the Parties hereby stipulate to the following modifications to the |
| 19 | Motions Schedule and Scheduling Order dates: |

| Event | Current Date | Proposed Date |
|---|---|---|
| Deadline to either file Motion(s) or, in the alternative, file a responsive pleading | February 22, 2018 | April 23, 2018 |
| Deadline to file oppositions to Motion(s) | March 8, 2018 | May 7, 2018 |
| Deadline to file replies to Motions(s) | March 15, 2018 | May 14, 2018 |
| Hearing on Motions & Further CMC | April 5, 2018 at 2 p.m. Courtroom 9, 19th Floor | June 14, 2018 ~~June 7, 2018~~ at 2 p.m. Courtroom 9, 19th Floor |

- 3 -

JOINT STIPULATION AND ~~PROPOSED~~
ORDER POSTPONING SCHEDULE DATES
Case No.: 17-cv-02907-JST

| | | |
|---|---|---|
| Fact discovery cut-off | May 4, 2018 | July 3, 2018 |
| Expert disclosures | May 25, 2018 | July 24, 2018 |
| Expert rebuttal | June 15, 2018 | August 14, 2018 |
| Expert discovery cut-off | June 29, 2018 | August 28, 2018 |
| Deadline to file dispositive motions | July 20, 2018 | September 18, 2018 |

The Parties further stipulate to remove the pretrial conference statement deadline, the pretrial conference date, and the trial date from the Court calendar as they currently stand on October 2, 2018, October 12, 2018 at 2:00 p.m., and November 5, 2018 at 8:30 a.m. respectively.

Dated: February 20, 2018                MILLSTEIN & ASSOCIATES


By: /s/ Gerald Richelson
    David Millstein
    Gerald Richelson

Attorneys for Plaintiff
SIMONMED IMAGING, INC.


                                        JONES DAY
Dated: February 20, 2018


By: /s/ Rowan Mason
    Brian Selden
    Rowan Mason

Attorneys for Defendant
DIGNITY HEALTH

**FILER'S ATTESTATION**

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: February 20, 2018                    JONES DAY

By: /s/ Rowan Mason
    Brian Selden
    Rowan Mason

Attorneys for
DIGNITY HEALTH

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. THE COURT DOES NOT ANTICIPATE GRANTING ANY FURTHER CONTINUANCES

DATED: __February 21__, 2018

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE