| | |
|---|---|
| 1 | Brian Selden (State Bar No. 261828) |
| | bgselden@jonesday.com |
| 2 | Rowan Mason (State Bar No. 259586) |
| | rmason@jonesday.com |
| 3 | JONES DAY |
| | 555 California Street, 26th Floor |
| 4 | San Francisco, CA 94104 |
| | Telephone: (415) 626-3939 |
| 5 | Facsimile: (415) 875-5700 |
| 6 | Attorneys for Defendant |
| | Dignity Health |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SIMONMED IMAGING, INC., an ARIZONA CORPORATION, | CASE NO.: 17-cv-02907-JST |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
| DIGNITY HEALTH, a DOMESTIC NONPROFIT CALIFORNIA CORPORATION, Does 1 through 10, | |
| Defendant. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between Plaintiff SimonMed Imaging, Inc. ("SimonMed"), and Defendant Dignity Health ("Dignity"), that all of SimonMed's claims against Dignity be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(2), that all of Dignity's counterclaims against SimonMed be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

Dated: April 19, 2018

Respectfully submitted,
*/s/ Rowan Mason*
Brian Selden
Rowan Mason
JONES DAY

Attorneys for Defendant
Dignity Health

Dated: April 19, 2018

Respectfully submitted,
*/s/ Gerald Richelson*
David J. Millstein
Gerald Richelson
MILLSTEIN & ASSOCIATES

Attorneys for Plaintiff
SimonMed Imaging, Inc.

**FILER'S ATTESTATION**

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: April 19, 2018

Respectfully submitted,
*/s/ Rowan Mason*
Brian Selden
Rowan Mason
JONES DAY

Attorneys for Defendant
Dignity Health

**[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties, all of SimonMed's claims against Dignity are dismissed with prejudice, all of Dignity's counterclaims against SimonMed are dismissed with prejudice, and each party shall bear its own attorneys' fees and costs. **IT IS SO ORDERED**.

Dated: April 19, 2018

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE